UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY GEORGE BELL,<br><br>                              Plaintiff,<br><br>         -against-<br><br>UNITED STATES OF AMERICA,<br><br>                              Defendant. | 24 **CIVIL** 2435 (LTS)<br><br>**CIVIL JUDGMENT** |

For the reasons stated in the November 20, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 22, 2024
            New York, New York

                                                              /s/ Laura Taylor Swain
                                                              LAURA TAYLOR SWAIN
                                                              Chief United States District Judge